UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| PERRY LEE LEWIS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS and CHERYL STRANGE,<br><br>　　　　　　Defendants. | CASE NO. C22-5433 BHS<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

　　　This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David W. Christel. Dkt. 20. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby order as follows:

　　　(1)　The R&R is **ADOPTED**;

　　　(2)　Defendants' Motion to Dismiss, Dkt. 9, is **GRANTED**;

　　　(3)　Lewis's "Motion Requesting Attorney to Settle Lawsuit," Dkt. 15, is

　　　　　**DENIED as moot**;

ORDER - 1

(4) Lewis's "Motion to Add Defendants to Civil Tort for Violation of Plaintiff's Constitutional Rights and to Strike Defendants' Motion to Dismiss," Dkt. 18, is **DENIED as moot**;

(5) The Clerk is **DIRECTED** to send copies of this Order to Lewis, counsel for Defendants, and to Judge Christel; and

(6) The Clerk shall enter JUDGMENT and close this case.

Dated this 29th day of September, 2022.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2